# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL D. DYDZAK, | No. CV 08-7765-VAP AGR) |
| Petitioner, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Defendants' motion to dismiss the complaint; (2) dismissing the claims for non-monetary relief without prejudice based on *Younger* abstention; and (3) dismissing the claims for monetary relief with prejudice.

DATED: February 26, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE