UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL D. DYDZAK, | No. CV 08-7765-VAP (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that (1) Defendants' motion to dismiss the complaint is granted; (2) the claims for non-monetary relief are dismissed without prejudice based on *Younger* abstention; and (3) the claims for monetary relief are dismissed with prejudice.

DATED: February 26, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE